**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**August 10, 2009**

Gerald S. Leeseberg
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 43215

Leila H. Watson
Cory Watson Crowder & DeGaris PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

James F. Szaller
Brown & Szaller
14222 Madison Avenue
Cleveland, OH 44107-4510

  Re: Motions for Relief from July 13, 2009, Show Cause Order

Dear Counsel:

The deadline to comply with the July 13, 2009, Order,[1] was today, August 10, 2009.  You have, today, August 10, 2009, filed a motion for an extension.

Why did you wait to the deadline date to file a motion for extension?

Please file a response to this letter by way of an addendum to your motion by 5 p.m., tomorrow, August 11, 2009.

                Cordially,

                /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] See *In re Prempro*, 4:03-CV-01507-WRW, Doc. No. 2104.